UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEBASTIAN M. et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 09-10565-JLT |
| | * |
| KING PHILIP REGIONAL SCHOOL DISTRICT | * |
| and MASSACHUSETTS DEPARTMENT OF | * |
| ELEMENTARY AND SECONDARY | * |
| EDUCATION, | * |
| | * |
| Defendants. | * |

ORDER

March 31, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Plaintiffs' Motion for Summary Judgment [#24] is DENIED and Defendant King Philip's Cross Motion for Summary Judgment [#35] is ALLOWED. Defendant DESE relied on the arguments made by King Philip[1] and summary judgment is thus granted as against both Defendants.[2] This case is CLOSED.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                    United States District Judge

---

[1] Mot. Hr'g Tr., 29 [#42].

[2] To the extent that Defendant DESE did not move for summary judgment, this court grants summary judgment in its favor independently of a motion. See Fed. R. Civ. P. 56(f)(1).